**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RANDY SANCHEZ, on behalf of himself and all others similarly situated,<br><br>        Plaintiff(s),<br><br>v.<br><br>HOMENATURE, INC.<br><br>        Defendant. | Case No. 1:22-cv-07199-EK-MMH |

## NOTICE OF SETTLEMENT

The undersigned counsel for the Plaintiffs hereby provides notice to the Court that a settlement in principle has been reached between Plaintiffs and Defendant and a settlement agreement is in the process of being finalized. Once the settlement agreement is fully executed and certain conditions have been fulfilled, Plaintiff shall file a Notice of Voluntary Dismissal with Prejudice, and Without Costs. Accordingly, it is respectfully requested that the matter be stayed for forty-five (45) days to allow the parties to finalize settlement details.

Dated: September 18, 2023

                   **The Law Office of Noor A. Saab, Esq.**

                   *By:*
                   Noor A. Saab, Esq.
                   *Attorneys for Plaintiff*
                   380 N. Broadway, Penthouse West
                   Jericho, New York 11753
                   Tel: 718-740-5060
                   Email: NoorASaabLaw@Gmail.com