**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------x

**RANDY SANCHEZ**, on behalf of himself       Case No.: 122-cv-07199-EK-MMH
and all others similarly situated,

                      Plaintiff,       **NOTICE OF VOLUNTARY**
                                          **DISMISSAL WITH PREJUDICE**

        -against-

**HOMENATURE, INC.**

                      Defendant.

----------------------------------------------------------x


**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be

and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without

costs, or disbursements, or attorneys' fees to any party.


Dated:  Jericho, New York
       November 7, 2023

                                     Respectfully Submitted,

                                     */s/ Noor A. Saab, Esq.*
                                     By: Noor A. Saab Esq.
                                     *Attorney for Plaintiff*
                                     380 North Broadway, Penthouse West
                                     Jericho, New York 11753
                                     Tel: 718-740-5060
                                     Email: noorasaablaw@gmail.com